UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CHUBB NATIONAL** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff** ) | **CIVIL FILE ACTION** |
| ) | **NO. 1:16-CV-1072** |
| vs. ) | |
| ) | |
| **DOYLE/HERNDON & ASS. Inc.** ) | |
| **d/b/a STEVE'S AUTOMOTIVE** ) | |
| **CENTER** ) | |
| **Defendant.** ) | |

**PLAINTIFF CHUBB NATIONAL INSURANCE COMPANY'S**
<u>**INITIAL DISCLOSURES**</u>

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**Response:**

This is a property subrogation case in which Plaintiff seeks recovery from Defendant for indemnity payments made to its insureds for property damage caused by a fire on August 8, 2014, that damaged the dwelling, contents and vehicles belonging to the Plaintiff's Don and Marlene Hart.

Plaintiff contends that Defendant Doyle/Herndon & Associates, Inc. d/b/a Steve's Automotive Center ("Steve's Automotive Center") caused the fire at the home of Plaintiff's Don and Marlene Hart by the improper replacement and installation of the battery in their 2001 Lexus automobile shortly before the fire. After replacing the battery, Steve's Automotive Center failed to properly secure the battery using the securing rods and bracket with which the vehicle was equipped, resulting in a shift of the battery during operation which resulted in a short circuit and a fire. The fire subsequently spread, destroying the 2001 Lexus, a 2007 Chrysler Town & County van and caused significant damage to the Hart home and its contents.

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

**Response:**

O.C.G.A. §51-1-1; O.C.G.A. §51-1-2; O.C.G.A. §51-1-3; O.C.G.A. §51-1-4; O.C.G.A. §51-1-6; O.C.G.A. §51-1-8; O.C.G.A. §51-12-4; O.C.G.A. §13-1-1; O.C.G.A. §13-6-1; O.C.G.A. §13-6-2; O.C.G.A. §13-6-13

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support

your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as **Attachment "A"**.)

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as **Attachment "B"**.)

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as **Attachment "C"**.)

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary

material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach copies and descriptions to Initial Disclosures as **Attachment "D"**.)

Plaintiff seeks recovery for damages to real and personal property in an amount of $541,672.53. The computation of Plaintiff's damages is set forth in the claim file, **CHUBB 000001 – CHUBB 002103**.

.

| Category | Amount |
|---|---|
| Dwelling | $359,481.20 |
| Other Structure | $93,896.53 |
| Contents | $53,207.93 |
| Debris Removal and Cleanup | $14,998.00 |
| Automobile Loss | $20,088.87 |
| **Total** | **$541,672.53** |

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to initial disclosures as **Attachment "E"**)

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.

None, other than Plaintiff.

Respectfully submitted this 8th day of June, 2016.

*s/ David M. Bessho*
David M. Bessho
Georgia Bar No. 055784

**COZEN O'CONNOR**
Promenade II, Suite 400
1230 Peachtree Street NE
Atlanta, Georgia  30309
(404) 572-2000
(404) 572-2199 (facsimile)
dbessho@cozen.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **CHUBB NATIONAL INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff** | ) ) | **CIVIL FILE ACTION NO. 1:16-CV-1072** |
| vs. | ) ) | |
| **DOYLE/HERNDON & ASS. Inc. d/b/a STEVE'S AUTOMOTIVE CENTER** | ) ) ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2016, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification and electronically serve a copy of such defendant attorney of record:

> David F. Root
> William E. Underwood
> Carlock, Copeland & Stair, LLP
> 191 Peachtree Street, Suite 3600
> Atlanta, Georgia  30303

> s/ David M. Bessho
> David M. Bessho

# **ATTACHMENT A**

## **List of Individuals Likely to Have Discoverable Information That Plaintiff May Use to Support Its Claims or Defenses**

1. Don Hart and Marlene Hart
   1120 Heards Ferry Rd
   Sandy Springs, Georgia 30328
   Subject:  Don and Marlene Hart are the Plaintiff's insured.  They owned the home where the loss took place and has knowledge of the fire, damages suffered, and adjustment of the claim.

2. Gregory Herndon
   Doyle/Herndon & Ass., Inc. d/b/a Steve's Automotive Center
   24 Hamby Road, SE
   Marietta, Georgia  30067
   Subject: Mr. Herndon is the Defendant and CEO of Steve's Automotive Center and has knowledge of its business practices.

3. Ashley Argyle, Property Claims Adjuster
   Chubb Group of Insurance Companies
   3630 Peachtree Rd., N.E.
   Suite 1500
   Atlanta, Georgia 30326
   Subject:  Ms. Argyle is employed by Plaintiff, assisted in the adjustment of the property loss, and has knowledge of matters associated therewith.

4. Tim Blake, General Adjuster
   Chubb Group of Insurance Companies
   3630 Peachtree Rd., N.E.
   Suite 1500
   Atlanta, Georgia 30326
   Subject:  Mr. Blake is employed by Plaintiff, assisted in the adjustment of the property loss, and has knowledge of matters associated therewith.

5. Cheryl A. Walls, Fire Investigator and Inspector
   Sandy Springs Fire Department

   7840 Roswell Road, Building 500
   Sandy Springs, Georgia  30350
   <u>Subject</u>:   Ms. Walls assisted in the investigation of this loss, and has knowledge of matters associated therewith

6. Brian Nemet, Customer Experience Executive
   Enservio, Contents Specialist
   117 Kendrick Street, Suite 250
   Needham, MA  02494
   <u>Subject</u>:   Mr. Nemet was retained by Plaintiff, assisted in the investigation of this loss, and has knowledge of matters associated therewith.

7. Jerry Bonner, Building Consultant
   Bonner Custom Homes
   269 Lawrence Street NW
   Marietta, Georgia  30060
   <u>Subject</u>:   Mr. Bonner was retained by Plaintiff, assisted in the investigation and consulting regarding this loss, and has knowledge of matters associated therewith.

8. Wes Buchanan, Project Management & Estimating
   Bonner Custom Homes
   269 Lawrence Street NW
   Marietta, Georgia  30060
   <u>Subject</u>:   Mr. Buchanan was retained by Plaintiff, assisted in the investigation and consulting regarding this loss, and has knowledge of matters associated therewith.

9. Michael P. Landry
   Michael P Landry, LLC
   1155 Ward Creek Drive, SW I
   Marietta, Georgia  30064
   <u>Subject</u>:   Mr. Landry was retained as a contractor, performed repairs to the subject property.  He has knowledge of matters associated therewith.

10. Myron Martin
    MTM Enterprises, Inc.
    565 County Line Road

   Cumming, Georgia  30040
   Subject:    Mr. Martin was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

11. Charles Vail, Home Media Design & Installation
    Aarons Systems Integrators
    P.O. Box 278
    Fayetteville, Georgia  30214
    Subject:    Mr. Vail was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

12. Whitney Kalamaro
    Aarons Systems Integrators
    P.O. Box 278
    Fayetteville, Georgia  30214
    Subject:    Mr. Vail was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

13. Linda Dekle
    North Georgia Unlimited
    5334 Old Norcross Rd.
    Norcross, Georgia  30071
    Subject:    Ms. Dekle was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  She has knowledge of matters associated therewith.

14. Jeff Wiggins, Property Manager
    Allied Fence Co.
    430 Veterans Memorial Hwy
    Mableton, Georgia  30126
    Subject:    Mr. Wiggins was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith

15. Dave Merrow, President
    Heavy Duty Lift & Equipment, Inc.
    6559 Bermuda Lane
    Flowery Branch, Georgia  30542
    <u>Subject:</u>   Mr. Merrow was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith

16. Matt Pritchett
    Seminole Concrete, LLC
    2290 Marshland Court
    Suwanee, Georgia  30024
    <u>Subject:</u>   Mr. Pritchett was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

17. Jeremiah Zeis, Owner and Lead Electrician
    On Call Electric Inc.
    PO Box 343
    Avondale Estates, Georgia  30002
    <u>Subject:</u>   Mr. Zeis was retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

18. Any Volt Electric Company
    7742 Spalding Drive #370
    Norcross, Georgia  30092
    <u>Subject:</u>   Retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

19. Clear As Rain
    113 Emma Lane
    Woodstock, Georgia  30189
    <u>Subject:</u>   Retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

20. Halsa Quality Painting
    2028 Jefferson Drive
    Sandy Springs, Georgia  30350
    Subject:   Retained by Michael P. Landry as a subcontractor to perform repairs to the subject property.  He has knowledge of matters associated therewith.

21. Sally A. McCullen, Total Loss Adjuster
    Chubb Group of Insurance Companies
    600 Independence Parkway
    Chesapeake, Virginia  23320
    Subject:  Ms. McCullen is employed by Plaintiff, assisted in the adjustment of the automobile loss, and has knowledge of matters associated therewith.

22. Jennifer Shea, Total Loss Adjuster
    Chubb Group of Insurance Companies
    600 Independence Parkway
    Chesapeake, Virginia  23320
    Subject:  Ms. Shea is employed by Plaintiff, assisted in the adjustment of the automobile loss, and has knowledge of matters associated therewith.

23. Sara Germani
    Copart Auto Auctions
    761 Clark Drive
    Ellenwood, Georgia  30294
    Subject:    Ms. Germani was retained by Plaintiff, assisted in the retrieval and transport of the automobiles from the subject property to the salvage yard.

24. Kristen Meers, Claims Representative Fire & Theft
    800 Progressive Way NW, Suite 150
    Marietta, Georgia  30066
    Subject:    Ms. Meers retained by Mr. Alweiss, assisted in the subrogation process   on the automobile parked on the property that received residual fire damage as a result of the garage fire, and has no direct involvement in the adjustment or investigation of the property loss.

25. Dennis Phillips, Assistant Vice President
    Private Risk Management

    Wells Fargo Insurance Services USA, Inc.
    3475 Piedmont Rd., N.E., Suite 800
    Atlanta, Georgia 30305
    <u>Subject:</u>  Mr. Phillips assisted in the investigation of a demand made by Progressive regarding the loss of an automobile owned by guest on the subject property that was destroyed as a result of the fire, and has knowledge of matters associated therewith.

26. Ira Alweiss
    6040 Moss Ranch Road
    Pinecrest, FL  33158
    <u>Subject:</u>  Mr. Alweiss was a guest of the Plaintiff and owned an automobile that was parked on the subject property and received residual fire damage as a result of the garage fire, and has knowledge of matters associated therewith.

27. Franklin Smith
    264 Briarcrest Court
    Marietta, Georgia  30062
    Subject: Mr. Smith is the owner of the 1955 Jaguar XK 140, parked at the subject property at the time of the fire.

## **ATTACHMENT B**

### **Persons Who May be Used at Trial to Present Evidence Under Rule 702, 703 or 705 of the Federal Rules of Evidence**

Plaintiff has not designated expert witnesses at this time, but reserves the right to designate expert witnesses and provide expert disclosures in accordance with the Federal Rules of Civil Procedure.

**ATTACHMENT C**

**Description by Category and Location of All Documents, Data Compilations, or Other Electronically Stored Information, Intangible Things in Plaintiff's Possession, Custody, or Control that it May Use to Support its Claims, Unless Solely for Impeachment**

Plaintiff relies upon its claim files to support its claims in this case. The auto and property claim files are attached hereto as **CHUBB 000001 – CHUBB 002103**.

## **ATTACHMENT D**

## **Computation Of Any Category of Damages Claimed. Copy of, or Describe by Category and Location of, The Documents or Other Evidentiary Material, Not Privileged or Protected From Disclosure, on Which Such Computation is Based.**

Plaintiff relies upon its claim files to support its claims in this case. The auto and property claim files are attached hereto as **CHUBB 000001 – CHUBB 002103**.

## ATTACHMENT E

## Insurance Agreement Which may be Liable to Satisfy Part or All of the Judgment Which May be Entered in this Action

Not applicable to Plaintiff.